FILED by \_\_\_\_KS\_\_\_\_ D.C.

Jun 24, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-60182-CR-CANNON/HUNT**
CASE NO. _____

8 U.S.C. § 1324(a)(1)(A)(v)(II)
8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1324(a)(2)(B)(ii)
8 U.S.C. § 1326(a) and (b)(2)
8 U.S.C. § 1327
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

vs.

TREVIN THOMAS ROBERTS and
BIBI SALIMA BACCHUS,
    a/k/a/ "Bibi Salima Johnson,"

    Defendants.
_____/

**INDICTMENT**

The Grand Jury charges that:

**COUNTS 1-11**
**Encouraging and Inducing Aliens to Enter the United States**
**(8 U.S.C. § 1324(a)(1)(A)(iv))**

On or about May 31, 2021, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Broward County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**TREVIN THOMAS ROBERTS,**

did knowingly encourage and induce aliens, as set forth in Counts 1 through 11 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| Count | Alien |
|:---:|:---:|
| 1 | R.D.P |
| 2 | M.M.T.T. |
| 3 | I.R. |
| 4 | R.A.W. |
| 5 | O.B.G. |
| 6 | S.P. |
| 7 | S.P. |
| 8 | N.S. |
| 9 | W.E. |
| 10 | N.D.T. |
| 11 | Bibi Salima Bacchus |

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II), and Title 18, United States Code, Section 2.

## COUNT 12
**Bringing Aliens to the United States for Commercial and Private Financial Gain**
**(8 U.S.C. § 1324(a)(2)(B)(ii))**

On or about May 31, 2021, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Broward County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**TREVIN THOMAS ROBERTS,**

did knowingly bring, and attempt to bring O.B.G., an alien, to the United States for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which might later be taken with respect to such

alien, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

## COUNT 13
### Aiding or Assisting Certain Aliens to Enter
### (8 U.S.C. § 1327)

On or about May 31, 2021, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Broward County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**TREVIN THOMAS ROBERTS,**

did knowingly aid and assist an alien, Bibi Salima Bacchus, whom he knew to be inadmissible, to enter the United States, said alien being inadmissible under Title 8, United States Code, Section 1182(a)(2), as an alien who had been convicted of an aggravated felony, in violation of Title 8, United States Code, Section 1327 and Title 18 United States Code, Section 2.

## COUNT 14
### Illegal Entry of a Removed Alien
### (8 U.S.C. § 1326(a) and (b)(2))

On or about May 31, 2021, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Broward County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**BIBI SALIMA BACCHUS**
**a/k/a "Bibi Salima Johnson,"**

an alien, having previously been removed and deported from the United States on or about May 18, 2016, did enter and attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such

alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TREVIN THOMAS ROBERTS**, has an interest.

2. Upon conviction of a violation of Title 8, United States Code, Section 1324, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

   (a) any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

   (b) any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

   (c) any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

3. The property subject to forfeiture pursuant to Title 18, United States Code 982(a)(6) including, but is not limited to, the following: one (1) twenty-six-foot, 1988 Mako 261 center console style vessel with two outboard engines, bearing Florida vessel registration number FL8083GM and hull identification number (HIN) MRKR0186J788.

4. Upon conviction of a violation of Title 8, United States Code, Section 1327, as alleged in this Indictment, the defendant shall forfeit to the United States any proceeds, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(6), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
DANIEL CAHILL
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

TREVIN THOMAS ROBERTS, et al,

Defendants /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | |
|---|---|---|
| New defendant(s) | Yes ___ | No ___ |
| Number of new defendants | | |
| Total number of counts | | |

**Court Division:** (Select One)
- ___ Miami
- ___ Key West
- ✓ FTL
- ___ WPB
- ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect  _____

4. This case will take _3-4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | ✓ |
   | II | 6 to 10 days | |
   | III | 11 to 20 days | |
   | IV | 21 to 60 days | |
   | V | 61 days and over | |

   (Check only one)

   | | |
   |---|---|
   | Petty | |
   | Minor | |
   | Misdem. | |
   | Felony | ✓ |

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   21-mj-6351-STRAUSS
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of   June 1, 2021
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

_____
Daniel Cahill
Special Assistant United States Attorney
Court ID No. A5502753

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: TREVIN THOMAS ROBERTS

Case No: _____

Count(s) #: 1-11

Encouraging and Inducing Aliens to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II)

*Max.Penalty: 5 Years' Imprisonment


Count(s)#: 12

Bringing an Alien into the United States for the Purpose of Private Financial Gain

Title 8, United States Code, Section 1324(a)(2)(b)(ii)

*Max.Penalty: 10 Years' Imprisonment


Count(s)#: 13

Allowing, Procuring, and Permitting Certain Aliens to Enter the United States

Title 8, United States Code, Section 1327

*Max.Penalty: 10 Years' Imprisonment


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: BIBI SALIMA BACCHUS

Case No: _____

Count(s) #: 14

Illegal Reentry of a Removed Alien

Title 8, United States Code, Section 1326(a), (b)(2)

*Max.Penalty:  20 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.