UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 21-60182-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**TREVIN THOMAS ROBERTS**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Patrick Hunt Following Change of Plea Hearing [ECF No. 46]. On November 23, 2021, Magistrate Judge Hunt held a Change of Plea hearing during which Defendant pled guilty to Counts One and Thirteen of the Indictment [ECF No. 13] pursuant to a written plea agreement and factual proffer [ECF Nos. 43 and 44]. Magistrate Judge Hunt thereafter issued a Report and Recommendation on Change of Plea [ECF No. 46]. No party has filed objections to the Report [ECF Nos. 47 and 50].

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 46] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Trevin Thomas Roberts as to Counts One and Thirteen of the Indictment is **ACCEPTED**;

3. Defendant Trevin Thomas Roberts is adjudicated guilty of Count One and Count Thirteen of the Indictment. Count One charges Defendant with encouraging and

inducing an alien to enter the United States, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv) and (v)(II) and 18 U.S.C. § 2. Count Thirteen charges Defendant with aiding and assisting an inadmissible alien to enter the United States, in violation of 8 U.S.C. § 1327 and 18 U.S.C. § 2. In exchange for Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Counts 2 through 10 and Count 12 against Defendant at sentencing [ECF No. 44 ¶ 2].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 15th day of December 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record